# EXHIBIT A

***Chrome Incognito Mass Torts***
**PLAINTIFF FACT SHEET**

***

**AREAS OF ALL PARTY AGREEMENT**

Plaintiff ID No. XXXXXX

| DEMOGRAPHICS | |
|---|---|
| Full Name (per government-issued ID) | First ____________ Last ___________________ |
| Location | City ____________ State___________________ |
| **INTERNET AND CHROME INCOGNITO USAGE** | |
| Quantify how often you have used Chrome Incognito. | |
| **ACCOUNT AND DEVICE INFORMATION** | |
| Identify your Google account(s) by the associated email address(es). | |
| On what device(s) do or did you use Incognito mode (check all that apply)? | ☐ Computer ☐ Tablet<br>☐ Mobile Device: ☐ *iPhone and/or* ☐ *Android* |
| **PRIOR LITIGATION** | |
| Other than this case, how many times have you been a Plaintiff in a lawsuit against a corporation or other business entity? | |

***

**AREAS WHERE AT LEAST ONE PLAINTIFF OBJECTS**

| DEMOGRAPHICS | | |
|---|---|---|
| Date of Birth | Month _____ Date ____ Year _______ | BSF Objects |
| Gender | ☐ Female ☐ Male<br>☐ Non-Binary ☐ Prefer not to say | BSF Objects |
| Education Level | ☐ High School ☐ College<br>☐ Graduate ☐ Post-Graduate | BSF Objects |
| **EMPLOYMENT AND PROFESSIONAL BACKGROUND** | | |
| Are you currently employed/self-employed? | ☐ Yes ☐ No | BSF Objects |
| Do you have any educational or professional experience with software engineering, digital advertising, or websites that use Google Analytics or Google Ad Manager? | ☐ Yes ☐ No | Pls. Object |

| **CHROME INCOGNITO LAWSUIT** | | |
|---|---|---|
| When did you retain counsel to represent you in these actions? | Month _______ Year _______ | PH Objects |
| **INTERNET AND CHROME INCOGNITO USAGE** | | |
| When did you begin using Chrome Incognito? | Month _______ Year _______ | PH Objects |
| Have you used Chrome Incognito after you filed this lawsuit? | ☐ Yes ☐ No | Pls. Object |
| When did you most recently use Chrome Incognito? | Month _______ Year _______ | PH Objects |
| **ACCOUNT AND DEVICE INFORMATION** | | |
| Do or did you share your Google account(s) or password(s) with any other persons? | ☐ Yes ☐ No | Pls. Object |
| Do or did you access Incognito on devices you share with other people? | ☐ Yes ☐ No | Pls. Object |
| Which best describes your personal cell phone data plan? | ☐ Unlimited data plan<br>☐ Plan with a data limit (set amount per month)<br>☐ Not sure | Added if conversion survives demurrer |
| **PRIOR LITIGATION** | | |
| Have you ever received a settlement payment in any class action against Google? | ☐ Yes ☐ No | BSF Objects |

***For any Plaintiff firm who does not represent (and agree to not contest) that the answer is "no" for all clients:***

| **COOKIE PRESERVATION** | | |
|---|---|---|
| Did you preserve any cookie values, or any other information, from any of your Incognito sessions? | ☐ Yes ☐ No ☐ I don't know | Pls. Object |
| [*If yes*] Were any sessions pre-February 20, 2024? | ☐ Yes ☐ No | Pls. Object |