# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GILBERT LUNA, et al.,<br>Plaintiffs,<br>v.<br>GOOGLE LLC,<br>Defendant. | Case No. 4:26-cv-03246-YGR<br>**DEFENDANT GOOGLE LLC'S PROPOSED PLAINTIFF FACT SHEET** |
| This Document Relates To:<br>[Case Caption and Civil Action No.] | Full Name of Plaintiff (First, Middle, and Last): |

**Your answers to this Plaintiff Fact Sheet are given under penalty of perjury and have the same legal force as testimony you would give in a deposition or in court. You must provide information that is true and correct to the best of your knowledge. Providing false or misleading answers may result in serious consequences.**

Before answering, review any documents, records, or other materials in your possession or available to you through your attorney that may help you answer more completely. If you cannot recall all of the details requested, provide as much information as you can, including by review of documents or materials in your or your attorneys' custody or possession. Be as specific as possible in all of your answers. If you cannot recall a specific date requested, provide the approximate date to the best of your recollection. For example, if you recall the year and month of an event, but not the day, complete the year and month, but enter "00" for the day. If you learn that any answer you provided is incomplete or incorrect, or if your circumstances change after you submit this form, you must promptly provide updated information to your attorney. If you have questions about how to answer any question, contact your attorney before submitting this form. Unless a different time period is specified, please provide responses to each of the following questions based on the date you are completing this questionnaire rather than the date your Complaint was filed.

This Plaintiff Fact Sheet is an electronic version that expands to accommodate as much information as is necessary to fully answer any of these questions, including by adding rows or columns to tables. Please do not leave any questions unanswered or blank.

This Plaintiff Fact Sheet constitutes discovery responses subject to the Federal Rules of Civil Procedure, and the information provided herein will be used only for this litigation and is designed to be confidential under the Protective Order entered in this case.

## A. PLAINTIFF DEMOGRAPHIC INFORMATION

1. Plaintiff's full name (per government issued ID):

   First ____________ Middle ________________ Last__________________

2. Current Address:

   __________________

3. Gender:

☐ Female ☐ Male

☐ Non-Binary ☐ Prefer not to say

4. Date of Birth: [*enter date from webform*]
5. Marital Status (at present):

☐ Single ☐ Married

☐ Widowed

6. List all addresses where you lived at any time between May 4, 2017 to February 20, 2024. For each address, provide the following: (a) the full street address, city, state, and ZIP code; (b) the month and year you moved in to that address; (c) the month and year you moved out of that address (or write "current" if you still live there); and (d) the number of other persons (if any) who had access to or used one or more internet-connected devices at that address while you lived at such address.

| Address | Dates of Residence | No. of Other People With Internet-Connected Devices |
|---|---|---|
| ______ ___________<br>Street Address<br><br>_________________<br>City, State<br><br>_________________<br>Zip Code | _________ (in) -<br>Month/Year<br><br>_________(out)<br>Month/Year | |

**B. <u>EMPLOYMENT AND PROFESSIONAL BACKGROUND</u>**

1. Education Level:

☐ High School ☐ College

☐ Graduate ☐ Post-Graduate

2. For post-secondary school after high school (e.g., colleges, trade schools, graduate schools, or other adult educational institutions) attended, provide the following information:

| Name of School or Educational Institution | City and State | Dates of Attendance | Degree/Certificate Awarded | Major or Primary Field |
|---|---|---|---|---|
| | | | | |

3. Are you currently employed/self-employed?

☐ Yes ☐ No

4. If the answer to question B(3) is Yes, identify your current employer, profession and job title:

Employer: ________________________________________

Profession: ________________________________________

Title: ________________________________________

5. Do you have any educational or professional experience with software engineering, digital adverting or websites that use Google Analytics or Google Ad Manager?

☐ Yes ☐ No

6. If the answer to question B(5) is Yes, please explain the scope of your experience:

________________________________________

## C. PLAINTIFF'S GOOGLE ACCOUNT & DEVICE INFORMATION

1. Identify your Google account(s) by the associated email address(es):

________________________________________

2. Do or did you ever share your Google account(s) or password(s) with any other person(s)?

☐ Yes ☐ No

3. Have you ever used any app, browser extension, device, or other tools to enhance the privacy of your online activity, such as ad blockers, VPNs, or other methods?

☐ Yes ☐ No

4. If your answer to question C(3) is Yes, list all such tools used to enhance the privacy of your online activity: ____________

**D. <u>PLAINTIFF'S INTERNET AND CHROME INCOGNITO MODE USAGE</u>**

1. When did you begin using Chrome Incognito?

   Month _______ Year _______

2. To the best of your ability, between May 4, 2017 to February 20, 2024, estimate how many times you used Incognito mode in an average month: ______

3. To the best of your ability, identify any specific websites you recall visiting when in Incognito mode, between May 4, 2017 to February 20, 2024: ________________________________________

4. During your Incognito sessions, were you signed in to a Google account?

   ☐ Signed out for all ☐ Signed in for some/all (specify)

   ☐ Don't recall

5. When did you most recently use Chrome Incognito?

   Month _______ Year _______

6. Do you have any cookie values, or any other information, from any of your Incognito sessions?

   ☐ Yes ☐ No

7. Identify all other (non-Google) private browsers you have used at any time (if any):

   __________________________________________________

**E. <u>PLAINTIFF'S INJURY</u>**

1. Describe in detail the emotional distress you claim to have experienced as a result of Google's alleged conduct involving Incognito:

   ________________________________________________

2. Did the emotional distress you claim in this case interfere with your daily

activities, work, or relationships?

☐ Yes

☐ No

3. If the answer to question (3) is Yes, explain how:

______________________________________________

4. Have you consulted, been evaluated by, or received treatment from any healthcare provider, psychiatrist, psychologist, therapist, counselor, or other mental-health professional for the emotional distress you claim in this case?

☐ Yes

☐ No

5. Before creating your Google account or using Google Chrome, did you read any of the following (check all that apply):

☐ Google's Terms of Service

☐ Google's Privacy Policy

☐ Chrome's Privacy Notice

☐ The Incognito mode disclosure displayed when opening an Incognito window

☐ None of the above

## F. CHROME INCOGNITO LAWSUIT

1. When did you retain counsel to represent you in these actions? [*enter date from webform*]

## G. PRIOR LITIGATION

1. Other than this case, how many times have you been a Plaintiff in a lawsuit against a corporation or other business entity?

______________________________________

2. For each case included in your response to question G(1), provide the case name, the court where the case was filed, and the case number:

| Case Name | Court | Case Number |
|---|---|---|
| | | |

3. Have you ever received a settlement payment in any class action against Google?

☐ Yes ☐ No

**DECLARATION**

I declare under penalty of perjury that, at the time I completed this Plaintiff Fact Sheet, all of the information provided is true and correct to the best of my knowledge.

Date:

Signature:

Printed name:

(Plaintiff or person authorized to sign)

On behalf of ___________ (if applicable):