**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** October 5, 2026 | **Time:** 1 hour 14 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
| **Case No.**: 26-cv-3246-YGR | **Case Name:** Luna et al v. Google LLC | |

**Attorney for Plaintiff:** Mark Mao, Alison Anderson, John Yanchunis and Ryan McGee; via Zoom
**Attorney for Defendant:** Aarti Reddy, Whitty Somvichian and Viola Trebicka; via Zoom

**Deputy Clerk:** Edwin Angelo A. Cuenco **Court Reporter:** Stephen Franklin; via Zoom

**PROCEEDINGS**

Initial Case Management Conference – held via Zoom Webinar.

The Court met with parties to discuss their positions on the fact sheet, statutory damages, elements or remaining claims.

Parties are ordered to meet and confer re: injuries/damages, and positions on the fact sheet.

Short form complaints are due by October 9, 2026.

Case Management Order to issue.