**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice* forthcoming)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695

**MORGAN & MORGAN**
John A. Yanchunis (*pro hac vice* forthcoming)
jyanchunis@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for the Luna Plaintiffs; additional counsel listed in signature blocks below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

**IN RE GOOGLE INCOGNITO CASES.**

Related to:

*Gilbert Luna v. Google LLC*, No. 4:26-cv-03246-YGR.

Case No. 4:26-cv-03246-YGR

**PLAINTIFF'S SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL**

The individual whose name appears below ("Plaintiff") files this Short Form Complaint and Demand for Jury Trial against the Defendant Google LLC ("Google") by and through the undersigned counsel. Plaintiff through counsel previously asserted claims against Google with a complaint filed in state court, which was amended and then removed by Google. With this Short Form Complaint, Plaintiff incorporates by reference the allegations, claims, and relief sought in the Master Complaint in *Luna v. Google*, 4:26-cv-03246-YGR, Dkt. 1-6 ("*Luna* Master Complaint"). Specifically, Plaintiff incorporates by reference the following paragraphs from the *Luna* Master Complaint: 1-11, 63-198, 450-540, and Prayer for Relief and asserts all of the causes of action contained in the *Luna* Master Complaint. Plaintiff, by and through undersigned counsel, alleges as follows:

**A. <u>PLAINTIFF IDENTIFICATION</u>**

1. Plaintiff's name:

   Theresa A Usry

2. Confirm Plaintiff was 18+ at the time of filing:

   Yes

3. Plaintiff's residence (state):

   Georgia

4. State where Plaintiff primarily used Incognito:
   Georgia

**B. <u>PLAINTIFF'S GOOGLE ACCOUNT</u>**

5. Whether Plaintiff has since June 2, 2016 had one or more Google accounts:

   Yes

   *Plaintiff to separately provide Google account information (e.g., Gmail account) to Google as confidential subject to a protective order.*

**C. <u>INCOGNITO MODE USE</u>**

6. Plaintiff browsed the Internet in Incognito mode between January 2010 and the present (*insert approximate dates of use, or whether such use is ongoing to the best of Plaintiff's recollection*).

7. During the approximate dates of use provided above, Plaintiff browsed the Internet in Incognito mode on devices that were not shared:

☐ Yes

☐ No

☒ Mixed (*check if Plaintiff browsed the Internet in Incognito mode on some devices that were shared and others that were not*)

8. The devices used by Plaintiff with Incognito:

Tablet and iPhone

9. Since June 2, 2016, Plaintiff used Incognito in Google's Chrome browser to access the internet and visit non-Google (*i.e.*, third-party) websites, including (*Plaintiff to provide a description of the general type of website(s) that Plaintiff visited while in Incognito mode*):

Health/medical, finance/banking, social media, work/education/government, travel, shopping/e-commerce, news/media, search/reference, entertainment/streaming, and technology websites

**D. <u>INJURY & DAMAGES</u>**

10. Plaintiff experienced the following injury/ies, alleged to have been caused by Google Chrome's Incognito browsing mode:

☒ Emotional distress (*specify*):

Plaintiff was disturbed to discover Google's conduct of illegally intercepting and collecting the Incognito browsing activity in Chrome's Incognito mode.

☒ Loss or diminution in the value of their private and personally identifiable data and content

☒ Loss of right to control dissemination of personal information

☒ Loss of the benefit of the bargain (*specify*):

Plaintiff lost the benefit (privacy of Incognito browsing activity) of the bargain (agreeing to use Google's services with the expectation that Google would not collect the Incognito private browsing activity) of creating an account with Google and otherwise using Google's services.

☒ Other injury (*specify*):

For each interception, Plaintiff seeks statutory damages under the ECPA and CIPA.

WHEREFORE, Plaintiff prays for relief and judgment against Google and all such further relief that this Court deems equitable and just as set forth in the Master Complaint, and any additional relief to which Plaintiff may be entitled.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury as to all claims in this action.

***

By signature below, Plaintiff's counsel hereby confirms their submission to the authority and jurisdiction of the United States District Court for the Northern District of California for oversight of counsel's duties under Federal Rule of Civil Procedure 11, including enforcement as necessary through sanctions and/or revocation of pro hac vice status.

DATED: October 9, 2026 By: <u>*/s/ John A. Yanchunis*</u>

David Boies (*pro hac vice* forthcoming)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice* forthcoming)
jlee@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

Alison L. Anderson, CA Bar No. 275334
alanderson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel: (213) 629-9040

John A. Yanchunis (*pro hac vice* forthcoming)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice* forthcoming)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram (CA Bar No. 104805)
mram@forthepeople.com
1390 Market Street, Ste 200,

San Francisco, CA 94102
Telephone: (415) 846-3862
Facsimile: (415) 358-6923

*Attorneys for Plaintiff*